SADIE SEMONE, Respondent, v. YONKERS SAVINGS BANK, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff through the alleged negligence of the defendant, by reason of plaintiff's fall down the stairs of defendant's apartment house in which she was a tenant, judgment of the City Court of Yonkers, in favor of plaintiff against defendant, entered on the verdict of a jury, reversed on the law, with costs, and complaint dismissed on the law, with costs. In our opinion plaintiff failed to prove a cause of action. (*Tryon v. Chalmers*, 205 App. Div. 816; *Laun v. Karl*, 251 id. 718; affd., 278 N. Y. 506; *Charanis v. R. H. Macy & Co., Inc.*, 257 App. Div. 980; *Balastiere v. Lovecchio*, 260 id. 1030.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

WILLIAM A. SUTHERLAND, Individually and as Guardian ad Litem of PATRICIA SUTHERLAND, an Infant under the Age of Fourteen Years, Respondent, v. WESTERLEIGH SAVINGS & LOAN ASSOCIATION, Appellant.— Action by the infant plaintiff to recover damages for personal injuries sustained while playing on premises owned by the defendant, and by her father to recover for medical expenses incurred. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

━━━━━

## (October 15, 1941.)

In the Matter of the Application of FRANK SCHEINER, Appellant, for Relief under the Election Law and Other Law in Such Case Made and Provided, against " JOHN DOE," " JAMES ROE," " MARY SMITH " and " JANE BROWN," Said Names Being Fictitious, True Names Being Unknown to Petitioner, Persons Intended Constituting the Board of Inspectors of Election for the 6th Election District of the 2nd Assembly District of Queens County in the Primary Election Held on September 16, 1941, Respondents; S. HOWARD COHEN and Others, Commissioners of Elections of New York City, Constituting the Board of Elections of New York City and the Board of Canvassers for the County of Queens, and PAUL LIVOTI, County Clerk of Queens County, Respondents; CHARLES P. SULLIVAN, District Attorney, Queens County, Intervenor, Respondent.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: On argument, order affirmed, without costs. Motion for leave to appeal to the Court of Appeals granted. Hagarty, Adel, Taylor and Close, JJ., concur. [177 Misc. 463.]